982(a)(4)

| NAME AND ADDRESS OF SENDER | TELEPHONE NO | For Court Use Only |
|---|---|---|
| Raymond T. Cheung, Senior Trial Attorney<br>Equal Employment Opportunity Commission<br>350 The Embarcadero, Suite 500<br>San Francisco, CA  94105 | (415) 625-5649 | |

Insert name of court, judicial district or branch court, if any, and Post Office and Street Address:
U.S. District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

PLAINTIFF:
U.S. Equal Employment Opportunity Commission

DEFENDANT:
AT&T, Inc., dba SBC Yellow Pages

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

Case Number: C07-4810-EMC

TO: C T Corporation System
(Insert name of individual being served)

This summons and other document(s) indicated below are being served pursuant to Section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it to me within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. Section 415.30 provides that this summons and other document(s) are deemed served on the date you sign the Acknowledgment of Receipt below, if you return this form to me.

Dated: 10/4/07

_____
(Signature of sender)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of: (To be completed by sender before mailing)
1. [XX] A copy of the summons and of the complaint.
2. [ ] A copy of the summons and of the Petition (Marriage) and:
   [ ] Blank Confidential Counseling Statement (Marriage)
   [ ] Order to Show Cause (Marriage)
   [ ] Blank Responsive Declaration
   [ ] Blank Financial Declaration
   [XX] Other: (Specify) See attached.

(To be completed by recipient)

Date of receipt: 10/9/2007

_____
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: 10/24/2007

Katherine C. Huibonhoa, Paul Hastings, Janofsky & Walker LLP
(Type or print your name and name of entity, if any, on whose behalf this form is signed) for defendant
Pacific Bell Directory d/b/a AT&T Advertising & Publishing

Form Adopted by the Judicial Council of California
Revised Effective January 1, 1975
[982(a)(4)]
Mandatory Form

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT**

CCP 415.30, 417.10;
Cal. Rules of Court,
Rule 1216

**EEOC v. AT&T, Inc., dba SBC Yellow Pages**
**Civil No. C07-4810-EMC**

Notice and Acknowledgment of Receipt
Self-Addressed Stamped Envelope
Summons and Complaint
Order Setting Initial Case Management Conference and ADR Deadlines
Notice of Assignment of Case to a U.S. Magistrate Judge for Trial and
    Consent/Declination to proceed before a Magistrate Judge
Standing Order Re: Civil Practice in Cases Assigned to Magistrate Judge Chen/Motions
    & Conferences/Discovery Disputes/Contents of Joint Case Management Statements
U.S. District Court's Welcome Information
ECF Registration Information Handout
Certificate of Service