KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
LAURA B. SCHER (SB# 243754)
laurascher@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

J. AL LATHAM, JR (SB# 71605)
allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
Pacific Bell Directory d/b/a AT&T Advertising and Publishing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, Inc., dba SBC Yellow Pages,<br><br>Defendant. | CASE NO. C-07-4810 EMC<br><br>**DEFENDANT'S CERTIFICATION AS TO INTERESTED ENTITIES OR PERSONS**<br><br>**LOCAL RULE 3-16** |

TO THE CLERK OF COURT, PLAINTIFF, AND PLAINTIFF'S ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant Pacific Bell Directory d/b/a AT&T Advertising and Publishing is a wholly owned subsidiary of AT&T Yellow Pages Holdings, LLC, which in turn is a wholly owned subsidiary of AT&T, Inc., which is a publicly traded company.

DATED: November 13, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/
KATHERINE C. HUIBONHOA

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T
ADVERTISING AND PUBLISHING

LEGAL_US_W # 57536292.1