KATHERINE C. HUIBONHOA (SB# 207648)
katherinehuibonhoa@paulhastings.com
LAURA B. SCHER (SB# 243754)
laurascher@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

J. AL LATHAM, JR (SB# 71605)
allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant
Pacific Bell Directory d/b/a AT&T Advertising and Publishing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff,<br><br>    vs.<br><br>AT&T, Inc., dba SBC Yellow Pages,<br><br>        Defendant. | CASE NO. C-07-4810 EMC<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>**FRCP 7.1** |

---

Case No. C-07-4810 EMC

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Pacific
2  Bell Directory d/b/a AT&T Advertising and Publishing hereby certifies that as of this date, it is a
3  wholly owned subsidiary of AT&T Yellow Pages Holdings, LLC, which in turn is a wholly
4  owned subsidiary of AT&T, Inc., which is a publicly traded company.

DATED: November 13, 2007      PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____/s/_____
              KATHERINE C. HUIBONHOA

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T
ADVERTISING AND PUBLISHING

LEGAL_US_W # 57537827.1

---

Case No. C-07-4810 EMC                              DEFENDANT'S CORPORATE
                                                    DISCLOSURE STATEMENT