1   KATHERINE C. HUIBONHOA (SB# 207648)
    katherinehuibonhoa@paulhastings.com
2   LAURA B. SCHER (SB# 243754)
    laurascher@paulhastings.com
3   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
4   Twenty-Fourth Floor
    San Francisco, CA  94105-3441
5   Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
6
    J. AL LATHAM, JR (SB# 71605)
7   allatham@paulhastings.com
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
8   515 South Flower Street
    Twenty-fifth Floor
9   Los Angeles, CA  90071-2228
    Telephone:  (213) 683-6000
10  Facsimile:  (213) 627-0705

11  Attorneys for Defendant
    Pacific Bell Directory d/b/a AT&T Advertising and Publishing
12

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17  EQUAL EMPLOYMENT                    CASE NO. C-07-4810 EMC
    OPPORTUNITY COMMISSION,
18                                      **DECLINATION TO PROCEED BEFORE
                    Plaintiff,          A U.S. MAGISTRATE JUDGE AND
19                                      REQUEST FOR REASSIGNMENT TO A
            vs.                         UNITED STATES DISTRICT JUDGE**
20
    AT&T, Inc., dba SBC Yellow Pages,
21
                    Defendant.
22

23

24

25

26

27

28

Case No. C-07-4810 EMC                  DECLINATION TO PROCEED BEFORE A
                                        MAGISTRATE JUDGE

1   The undersigned party hereby declines to consent to the assignment of this case to

2   a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

3   this case to a United States District Judge.

4

5   DATED:  November 13, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

6

7                                      By:_____/s/_____
                                              KATHERINE C. HUIBONHOA
8
                                       Attorneys for Defendant
9                                      PACIFIC BELL DIRECTORY d/b/a AT&T
                                       ADVERTISING AND PUBLISHING
10
    LEGAL_US_W # 57536130.1
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C-07-4810 EMC                          DECLINATION TO PROCEED BEFORE A
                                                        MAGISTRATE JUDGE