**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   EEOC,                                         No. C 07-04810 CRB

12                Plaintiff,                        **Clerk's Notice**

13      v.

14   AT&T INC.,

15                Defendant.
                                              /
16

17   YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for

18   Friday, January 04, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer.  The initial case

     management scheduling order shall remain the same.
19

20   Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,

21   San Francisco, CA  94102.

22   Dated: November 26, 007                        FOR THE COURT,

23
                                                    Richard W. Wieking, Clerk
24
                                                    By: _____
25                                                       Barbara Espinoza
                                                         Courtroom Deputy
26

27

28