1  KATHERINE C. HUIBONHOA (SB# 207648) katherinehuibonhoa@paulhastings.com
   LAURA B. SCHER (SB# 243754) laurascher@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5
6  J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
7  515 South Flower Street
   Twenty-Fifth Floor
8  Los Angeles, CA 90071-2228
   Telephone: (213) 683-6000
9  Facsimile: (213) 627-0705

10 Attorneys for Defendant
   PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

11 WILLIAM R. TAMAYO (SB# 084965)
   DAVID F. OFFEN-BROWN (SB# 063321)
12 RAYMOND T. CHEUNG (SB# 176086) raymond.cheung@eeoc.gov
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13 San Francisco District Office
   350 The Embarcadero, Suite 500
14 San Francisco, CA 94105-1260
   Telephone: (415) 625-5649
15 Facsimile: (415) 625-5657

16 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, Inc., dba SBC Yellow Pages,<br><br>Defendant. | CASE NO. C-07-4810 CRB<br><br>**STIPULATION TO EXTEND TIME FOR FRCP 26 CONFERENCE AND JOINT ADR CERTIFICATION; DECLARATION OF LAURA B. SCHER IN SUPPORT THEREOF; AND [PROPOSED] ORDER** |

1  Pursuant to Northern District of California Local Rule 6-1(a), it is hereby
2  stipulated by and between the parties hereto, though their respective counsel, that:

4  1.  The last day on which to meet and confer regarding initial disclosures,
5  early settlement, ADR process selection, and discovery plan be continued from December 5, 2007
6  to December 13, 2007; and

8  2.  The last day on which to file the Joint ADR Certification with Stipulation
9  to ADR Process or Notice of Need for ADR Phone Conference be continued from December 5,
10 2007 to December 13, 2007.

12 DATED: November 28, 2007     PAUL, HASTINGS, JANOFSKY & WALKER LLP

14 By: /s/ Laura Sch[signature]
    LAURA B. SCHER

16 Attorneys for Defendant
   PACIFIC BELL DIRECTORY d/b/a AT&T
   ADVERTISING AND PUBLISHING

18 DATED: November __, 2007     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

20 By: _____
    RAYMOND T. CHEUNG
21 Attorneys for Plaintiff

---

Case No. C-07-4810 CRB           - 1 -           STIPULATION TO EXTEND TIME; DECL. OF L. SCHER; AND [PROPOSED] ORDER

PAGE 3/5 * RCVD AT 11/28/2007 4:46:43 PM [Pacific Standard Time] * SVR:SF-RFAX1/4 * DNIS:9998 * CSID:14156525657 * DURATION (mm-ss):03-59

Pursuant to Northern District of California Local Rule 6-1(a), it is hereby stipulated by and between the parties hereto, though their respective counsel, that:

1. The last day on which to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan be continued from December 5, 2007 to December 13, 2007; and

2. The last day on which to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference be continued from December 5, 2007 to December 13, 2007.

DATED: November ___, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____
　　LAURA B. SCHER

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T
ADVERTISING AND PUBLISHING

DATED: November 28, 2007    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:_____
　　RAYMOND T. CHEUNG
Attorneys for Plaintiff

Case No. C-07-4810 CRB    - 1 -    STIPULATION TO EXTEND TIME; DECL. OF L. SCHER; AND [PROPOSED] ORDER

## DECLARATION OF LAURA B. SCHER

I, Laura B. Scher, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendant PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING ("Defendant"). If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. On September 19, 2007, the Court issued an order setting initial case management conference and ADR deadlines. The Court scheduled December 5, 2007 as the last day on which to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and the last day on which to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference. The Court also scheduled the initial case management conference for December 26, 2007 at 1:30 p.m.

3. On November 16, 2007, the Court reassigned this case to the Honorable Charles R. Breyer.

4. On November 26, 2007, the Court issued an order scheduling the initial case management conference for January 4, 2008 at 8:30 a.m. The Court also ordered that the initial case management scheduling order remain the same.

5. There is good cause to extend the time for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan and to

file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, due to conflicts in the parties' schedules and so that the parties can have adequate time to evaluate the case and prepare to discuss these issues.

6. Consistent with L.R. 6-1(a), the parties do not ask the Court to alter the date of any event or any deadline already fixed by Court order.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 28th day of November, 2007 at San Francisco, California.

_____
LAURA B. SCHER

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

_____
CHARLES R. BREYER
Judge, United States District Court

LEGAL_US_W # 57649183.1

---

Case No. C-07-4810 CRB     -3-     STIPULATION TO EXTEND TIME; DECL. OF L. SCHER; AND [PROPOSED] ORDER