1  KATHERINE C. HUIBONHOA (SB# 207648) katherinehuibonhoa@paulhastings.com
   LAURA B. SCHER (SB# 243754) laurascher@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA 94105-3441
4  Telephone: (415) 856-7000
   Facsimile: (415) 856-7100
5
   J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com
6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
7  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
8  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
9
   Attorneys for Defendant
10 PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

11 WILLIAM R. TAMAYO (SB# 084965)
   DAVID F. OFFEN-BROWN (SB# 063321)
12 RAYMOND T. CHEUNG (SB# 176086) raymond.cheung@eeoc.gov
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13 San Francisco District Office
   350 The Embarcadero, Suite 500
14 San Francisco, CA 94105-1260
   Telephone: (415) 625-5649
15 Facsimile: (415) 625-5657

16 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
17

18             UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20                SAN FRANCISCO DIVISION

21

22 EQUAL EMPLOYMENT                    CASE NO. C-07-4810 CRB
   OPPORTUNITY COMMISSION,
23                                     STIPULATION TO EXTEND TIME FOR
                                       FRCP 26 CONFERENCE AND JOINT ADR
              Plaintiff,               CERTIFICATION; DECLARATION OF
24                                     LAURA B. SCHER IN SUPPORT
       vs.                             THEREOF; AND [PROPOSED] ORDER
25
26 AT&T, Inc., dba SBC Yellow Pages,

27            Defendant.

28

---

Case No. C-07-4810 CRB                    STIPULATION TO EXTEND TIME; DECL.
                                          OF L. SCHER; AND [PROPOSED] ORDER

1    Pursuant to Northern District of California Local Rule 6-1(a), it is hereby

2 stipulated by and between the parties hereto, though their respective counsel, that:

3

4    1.    The last day on which to meet and confer regarding initial disclosures,

5 early settlement, ADR process selection, and discovery plan be continued from December 5, 2007

6 to December 13, 2007; and

7

8    2.    The last day on which to file the Joint ADR Certification with Stipulation

9 to ADR Process or Notice of Need for ADR Phone Conference be continued from December 5,

10 2007 to December 13, 2007.

11

12 DATED: November 28, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP

13

14 By: *Laura Sch*

15    LAURA B. SCHER

16 Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T
ADVERTISING AND PUBLISHING

17

18 DATED: November __, 2007    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

19

20 By:_____
    RAYMOND T. CHEUNG

21 Attorneys for Plaintiff

22

23

24

25

26

27

28

PAGE 3/5 · RCVD AT 11/28/2007 4:46:43 PM Pacific Standard Time] · SVR-SFORE1/4 · DNIS:9998 · CSID:14156525657 · DURATION (mm-ss):03-58

Pursuant to Northern District of California Local Rule 6-1(a), it is hereby stipulated by and between the parties hereto, though their respective counsel, that:

        1.    The last day on which to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan be continued from December 5, 2007 to December 13, 2007; and

        2.    The last day on which to file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference be continued from December 5, 2007 to December 13, 2007.

DATED: November __, 2007      PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____
                LAURA B. SCHER

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T
ADVERTISING AND PUBLISHING

DATED: November 28, 2007      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:_____
                RAYMOND T. CHEUNG
Attorneys for Plaintiff

Case No. C-07-4810 CRB        - 1 -      STIPULATION TO EXTEND TIME; DECL. OF L. SCHER; AND [PROPOSED] ORDER

1

2

## DECLARATION OF LAURA B. SCHER

3

4

I, Laura B. Scher, declare:

5

6

1.       I am an attorney at law licensed to practice before the Courts of the State of

California and before this Court.  I am an associate with the law firm of Paul, Hastings, Janofsky

7

& Walker LLP ("Paul Hastings"), attorneys for Defendant PACIFIC BELL DIRECTORY d/b/a

8

AT&T ADVERTISING AND PUBLISHING ("Defendant").  If called as a witness, I would and

9

could competently testify thereto to all facts within my personal knowledge except where stated

10

upon information and belief.

11

12

2.       On September 19, 2007, the Court issued an order setting initial case

13

management conference and ADR deadlines.  The Court scheduled December 5, 2007 as the last

14

day on which to meet and confer regarding initial disclosures, early settlement, ADR process

15

selection, and discovery plan and the last day on which to file the Joint ADR Certification with

16

Stipulation to ADR Process or Notice of Need for ADR Phone Conference.  The Court also

17

scheduled the initial case management conference for December 26, 2007 at 1:30 p.m.

18

19

3.       On November 16, 2007, the Court reassigned this case to the Honorable

20

Charles R. Breyer.

21

22

4.       On November 26, 2007, the Court issued an order scheduling the initial

23

case management conference for January 4, 2008 at 8:30 a.m.  The Court also ordered that the

24

initial case management scheduling order remain the same.

25

26

5.       There is good cause to extend the time for the parties to meet and confer

27

regarding initial disclosures, early settlement, ADR process selection, and discovery plan and to

28

Case No. C-07-4810 CRB                         -2-             STIPULATION TO EXTEND TIME; DECL.
                                                               OF L. SCHER; AND [PROPOSED] ORDER

1   file the Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR

2   Phone Conference, due to conflicts in the parties' schedules and so that the parties can have

3   adequate time to evaluate the case and prepare to discuss these issues.

4

5          6.     Consistent with L.R. 6-1(a), the parties do not ask the Court to alter the

6   date of any event or any deadline already fixed by Court order.

7

8          I declare under penalty of perjury under the laws of the State of California and the

9   United States that the foregoing is true and correct.

10

11         Executed this 28th day of November, 2007 at San Francisco, California.

12

13                                    _____

14                                              LAURA B. SCHER

15

16                              ~~[PROPOSED]~~ ORDER

17

18         PURSUANT TO STIPULATION, IT IS SO ORDERED.

19  DATED:   November 29, 2007

20

21                                    _____
                                              CHARLES R. BREYER
22  LEGAL_US_W # 57649183.1                   Judge, United States District Court

23                                    IT IS SO ORDERED

24

25                                    Judge Charles R. Breyer

26

27

28