1   KATHERINE C. HUIBONHOA (SB# 207648)  katherinehuibonhoa@paulhastings.com
    LAURA B. SCHER (SB# 243754)  laurascher@paulhastings.com
2   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
3   Twenty-Fourth Floor
    San Francisco, CA  94105-3441
4   Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
5
    J. AL LATHAM, JR. (SB# 071605)  allatham@paulhastings.com
6   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    515 South Flower Street
7   Twenty-Fifth Floor
    Los Angeles, CA  90071-2228
8   Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
9
    Attorneys for Defendant
10  PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

11  WILLIAM R. TAMAYO (SB# 084965)
    DAVID F. OFFEN-BROWN (SB# 063321)
12  RAYMOND T. CHEUNG (SB# 176086)  raymond.cheung@eeoc.gov
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13  San Francisco District Office
    350 The Embarcadero, Suite 500
14  San Francisco, CA  94105-1260
    Telephone: (415) 625-5649
15  Facsimile: (415) 625-5657

16  Attorneys for Plaintiff
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
17

18                  UNITED STATES DISTRICT COURT

19                 NORTHERN DISTRICT OF CALIFORNIA

20                      SAN FRANCISCO DIVISION

21

22  EQUAL EMPLOYMENT                     CASE NO. C-07-4810 CRB
    OPPORTUNITY COMMISSION,
23                                       **STIPULATION AND [PROPOSED]**
              Plaintiff,                 **ORDER SELECTING ADR PROCESS**
24
         vs.
25
    AT&T, Inc., dba SBC Yellow Pages,
26
              Defendant.
27

28

Case No. C-07-4810 CRB                          STIPULATION AND [PROPOSED] ORDER
                                                    SELECTING ADR PROCESS

1   Counsel report that they have met and conferred regarding ADR and have reached

2   the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3

4   The parties agree to participate in the following ADR process:

5

6   **Court Processes:**

7   ☐   Non-binding Arbitration (ADR L.R. 4)

8   ☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)

9   ☒   Mediation (ADR L.R. 6)

10   **Private Process:**

11   ☐   Private ADR (*please identify process and provider*) _____  ____ ___

12

13   The parties agree to hold the ADR session by:

14   ☒   the presumptive deadline (*The deadline is 90 days from the date of the*

15   *order referring the case to an ADR process unless otherwise ordered.*)

16   ☐   other requested deadline _____ ____ ____

17

18   DATED: December /3, 2007      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

19

20   By: _____
                  RAYMOND T. CHEUNG

21   Attorneys for Plaintiff

22   DATED: December ___, 2007      PAUL, HASTINGS, JANOFSKY & WALKER LLP

23

24   By: _____
                  LAURA B. SCHER

25

26   Attorneys for Defendant
    PACIFIC BELL DIRECTORY d/b/a AT&T
    ADVERTISING AND PUBLISHING

27

28

Case No. C-07-4810 CRB                    - 1 -                    STIPULATION AND [PROPOSED] ORDER
                                                                   SELECTING ADR PROCESS

1   Counsel report that they have met and conferred regarding ADR and have reached

2   the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

3

4   The parties agree to participate in the following ADR process:

5

6   **Court Processes:**

7   ☐   Non-binding Arbitration (ADR L.R. 4)

8   ☐   Early Neutral Evaluation (ENE) (ADR L.R. 5)

9   ☒   Mediation (ADR L.R. 6)

10  **Private Process:**

11  ☐   Private ADR (*please identify process and provider*) _____

12

13  The parties agree to hold the ADR session by:

14  ☒   the presumptive deadline (*The deadline is 90 days from the date of the*

15  *order referring the case to an ADR process unless otherwise ordered.*)

16  ☐   other requested deadline _____

17  DATED:  December __, 2007    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

18

19

20  By:_____
                RAYMOND T. CHEUNG

21  Attorneys for Plaintiff

22  DATED:  December 13, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP

23

24  By:_____
                LAURA B. SCHER

25

26  Attorneys for Defendant
    PACIFIC BELL DIRECTORY d/b/a AT&T

27  ADVERTISING AND PUBLISHING

28

1

## [PROPOSED] ORDER

2

3    Pursuant to the Stipulation above, the captioned matter is hereby referred to:

4

5    ☐    Non-binding Arbitration

6    ☐    Early Neutral Evaluation (ENE)

7    ☒    Mediation

8    ☐    Private ADR

9

10    Deadline for ADR session

11

12    ☒    90 days from the date of this order.

13    ☐    other _____

14

15    IT IS SO ORDERED.

16    DATED: _____

17

18    _____
                    CHARLES R. BREYER
19                  Judge, United States District Court

LEGAL_US_W # 57746304.1
20

21

22

23

24

25

26

27

28