KATHERINE C. HUIBONHOA (SB# 207648) katherinehuibonhoa@paulhastings.com
LAURA B. SCHER (SB# 243754) laurascher@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

WILLIAM R. TAMAYO (SB# 084965)
DAVID F. OFFEN-BROWN (SB# 063321)
RAYMOND T. CHEUNG (SB# 176086) raymond.cheung@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5649
Facsimile: (415) 625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, Inc., dba SBC Yellow Pages,<br><br>Defendant. | CASE NO. C-07-4810 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

**Private Process:**

- ☐ Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)
- ☐ other requested deadline _____

DATED: December 3, 2007      EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: _____
    RAYMOND T. CHEUNG

Attorneys for Plaintiff

DATED: December __, 2007     PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
    LAURA B. SCHER

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T
ADVERTISING AND PUBLISHING

Case No. C-07-4810 CRB            - 1 -            STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1      Counsel report that they have met and conferred regarding ADR and have reached
2  the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

4      The parties agree to participate in the following ADR process:

6  **Court Processes:**
7  ☐     Non-binding Arbitration (ADR L.R. 4)
8  ☐     Early Neutral Evaluation (ENE) (ADR L.R. 5)
9  ☒     Mediation (ADR L.R. 6)
10 **Private Process:**
11 ☐     Private ADR (*please identify process and provider*) _____

13     The parties agree to hold the ADR session by:
14 ☒     the presumptive deadline (*The deadline is 90 days from the date of the
15 order referring the case to an ADR process unless otherwise ordered.*)
16 ☐     other requested deadline _____

18 DATED: December __, 2007     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

20     By:_____
                  RAYMOND T. CHEUNG

21     Attorneys for Plaintiff

22 DATED: December 13, 2007     PAUL, HASTINGS, JANOFSKY & WALKER LLP

24     By: /s/ Laura Scher
           LAURA B. SCHER

26     Attorneys for Defendant
    PACIFIC BELL DIRECTORY d/b/a AT&T
    ADVERTISING AND PUBLISHING

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☒ Mediation
- ☐ Private ADR

Deadline for ADR session

- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

DATED: December 14, 2007

LEGAL_US_W # 57746304.1

_____
CHARLES R. BREYER
Judge, United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*