WILLIAM R. TAMAYO - #084965 (CA)
DAVID OFFEN-BROWN - #063321 (CA)
RAYMOND T. CHEUNG - #176086 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone No. (415) 625-5649
Facsimile No. (415) 625-5657
raymond.cheung@eeoc.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.: Case No. C 07-4810 CRB |
| Plaintiff, | RULE 26(f) REPORT |
| vs. | CASE MANAGEMENT CONFERENCE |
| AT&T, Inc., dba SBC Yellow Pages, | Date:  January 4, 2008 |
| Defendants, | Time:  8:30 a.m. |
| | Place: Courtroom 8, 19th Floor |

Plaintiff Equal Employment Opportunity Commission ("EEOC") submits the following Report of the Parties' Planning Meeting. Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 26(f), Raymond T. Cheung for Plaintiff EEOC and Katherine Huibonhua for Defendant AT&T, Inc. held a telephonic meet and confer to discuss the following:

1. <u>Discovery Plan</u>:

   a. <u>Discovery will be needed on the following subjects</u>:

   <u>Plaintiff</u>: This is an action brought under Title VII of the Civil Rights Act of 1964, as amended. The EEOC filed this suit on behalf of June Riddick, alleging that Ms. Riddick was subjected to disparate treatment due to her race in a promotion setting.  Defendant disputes Plaintiff's allegations.  Defendant has expressed its interest in deposing Ms. Riddick and other witnesses.  Plaintiff has expressed its intention to depose some of Defendant's managers and Rule 30(b)(6) witnesses.

        b. All discovery to be completed as decided by the Court.

        c. Interrogatories, requests for admissions, production requests, depositions and any other discovery matters to proceed in accordance with Federal Rules.

        d. Reports by retained experts under FRCP Rule 26(a)(2) due as decided by the Court.

        e. All supplementation of responses under FRCP Rule 26(e) will be due as decided by the Court.

2. <u>Other Items</u>

    The parties are open to settlement and have selected the court-appointed ADR process of mediation. The parties also agreed to discuss the issues of pretrial conference, orders and scheduling during the Case Management Conference.

Dated this 19th day of December, 2007

          /s/ Raymond T. Cheung
RAYMOND T. CHEUNG

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office