**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 4, 2008**

**C-07-4810**

## EEOC  v.  AT&T INC.

Attorneys:     John Peck                              Katherine Huibonhoa

Deputy Clerk: **FRANK JUSTILIANO**          Reporter:  **None**

**PROCEEDINGS:**                                                              **RULING:**

1.  Initial Case Management Conference held

2. 

3. 

4. 
   (  ) Status Conference      (  ) P/T Conference      (  )Case Management Conference

**ORDERED AFTER HEARING:**

(  ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____

(  ) Referred to Magistrate Judge For: ____
       (  )By Court        (  )Parties to approach Chief Magistrate in future

( X ) CASE CONTINUED TO  4/11/08 at 8:30 a.m.   for  Further Case Management Conference

Discovery Cut-Off ____                    Expert Discovery Cut-Off ____

Plntf to Name Experts by ____            Deft to Name Experts by ____

P/T Conference Date ____    Trial Date ____   Set for ____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: ____