KATHERINE C. HUIBONHOA (SB# 207648) katherinehuibonhoa@paulhastings.com
LAURA B. SCHER (SB# 243754) laurascher@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

WILLIAM R. TAMAYO (SB# 084965)
DAVID F. OFFEN-BROWN (SB# 063321)
RAYMOND T. CHEUNG (SB# 176086) raymond.cheung@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5649
Facsimile: (415) 625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, Inc., dba SBC Yellow Pages,<br><br>Defendant. | CASE NO. C-07-4810 CRB<br><br>**STIPULATION TO EXTEND TIME FOR MEDIATION AND [PROPOSED] ORDER** |

1       WHEREAS the parties have been actively investigating and evaluating the case in
2  preparation for a productive and meaningful mediation,

4       WHEREAS the mediation deadline is currently scheduled for March 13, 2008,

6       WHEREAS the parties agree that it would be helpful and efficient to have
7  additional time to further investigate and evaluate the case in order to have a productive and
8  meaningful mediation, and

10      WHEREAS the parties anticipate that they will be ready to have a productive and
11 meaningful mediation by June 11, 2008,

13      IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT the
14 deadline for mediation be extended by 90 days from March 13, 2008, to June 11, 2008.

16 DATED: Feb. 20, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

18                               By: /s/ Laura Sch
                                     LAURA B. SCHER

20                               Attorneys for Defendant
                                 PACIFIC BELL DIRECTORY d/b/a AT&T
                                 ADVERTISING AND PUBLISHING

22 DATED: _____, 2008       EQUAL EMPLOYMENT OPPORTUNITY
                                 COMMISSION

25                               By:_____
                                     RAYMOND T. CHEUNG

26                               Attorneys for Plaintiff

Case No. C-07-4810 CRB          - 2 -          STIPULATION TO EXTEND TIME FOR
                                               MEDIATION AND [PROPOSED] ORDER

PAGE 3/3 * RCVD AT 2/20/2008 3:37:26 PM Pacific Standard Time * SVR:SFORF 1/4 * DNIS:9999 * CSID:14156255657 * DURATION (mm-ss):02-56

WHEREAS the parties have been actively investigating and evaluating the case in preparation for a productive and meaningful mediation,

WHEREAS the mediation deadline is currently scheduled for March 13, 2008,

WHEREAS the parties agree that it would be helpful and efficient to have additional time to further investigate and evaluate the case in order to have a productive and meaningful mediation, and

WHEREAS the parties anticipate that they will be ready to have a productive and meaningful mediation by June 11, 2008,

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT the deadline for mediation be extended by 90 days from March 13, 2008, to June 11, 2008.

DATED: _____, 2008        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:_____
   LAURA B. SCHER

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T
ADVERTISING AND PUBLISHING

DATED: Feb 20, 2008          EQUAL EMPLOYMENT OPPORTUNITY
                             COMMISSION

By:_____
   RAYMOND T. CHEUNG

Attorneys for Plaintiff

### DECLARATION OF LAURA B. SCHER

I, Laura B. Scher, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendant Pacific Bell Directory d/b/a AT&T Advertising and Publishing. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. The parties have been actively investigating and evaluating the case in preparation for a productive and meaningful mediation.

3. The mediation deadline is currently scheduled for March 13, 2008.

4. There is good cause to extend the time for the mediation deadline by 90 days from March 13, 2008, to June 11, 2008, because the parties agree that it would be helpful and efficient to have additional time to further investigate and evaluate the case in order to have a productive and meaningful mediation.

5. The parties anticipate that they will be ready to have a productive and meaningful mediation by June 11, 2008.

6. The only previous time modification in the case was a stipulation by the parties and Court order to extend the time to hold the FRCP 26 Conference and file the Joint ADR Certification.

7. The parties do not request that the modification of this Court's deadline to complete mediation alter the remaining schedule for the case.

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States that the foregoing is true and correct.

4  Executed this 20 day of February, 2008, at San Francisco, California.

_____
LAURA B. SCHER

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

                                                                    _____
                                                                    HON. CHARLES R. BREYER

LEGAL_US_W # 58236336.1