```
 1  KATHERINE C. HUIBONHOA (SB# 207648) katherinehuibonhoa@paulhastings.com
    LAURA B. SCHER (SB# 243754) laurascher@paulhastings.com
 2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street
 3  Twenty-Fourth Floor
    San Francisco, CA  94105-3441
 4  Telephone:  (415) 856-7000
    Facsimile:  (415) 856-7100
 5
    J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com
 6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    515 South Flower Street
 7  Twenty-Fifth Floor
    Los Angeles, CA  90071-2228
 8  Telephone:  (213) 683-6000
    Facsimile:  (213) 627-0705
 9
    Attorneys for Defendant
10  PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

11  WILLIAM R. TAMAYO (SB# 084965)
    DAVID F. OFFEN-BROWN (SB# 063321)
12  RAYMOND T. CHEUNG (SB# 176086) raymond.cheung@eeoc.gov
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13  San Francisco District Office
    350 The Embarcadero, Suite 500
14  San Francisco, CA  94105-1260
    Telephone:  (415) 625-5649
15  Facsimile:  (415) 625-5657

16  Attorneys for Plaintiff
    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AT&T, Inc., dba SBC Yellow Pages,<br><br>　　　　Defendant. | CASE NO. C-07-4810 CRB<br><br>**STIPULATION TO EXTEND TIME FOR MEDIATION AND [~~PROPOSED~~] ORDER** |

1     WHEREAS the parties have been actively investigating and evaluating the case in preparation for a productive and meaningful mediation,

    WHEREAS the mediation deadline is currently scheduled for March 13, 2008,

    WHEREAS the parties agree that it would be helpful and efficient to have additional time to further investigate and evaluate the case in order to have a productive and meaningful mediation, and

    WHEREAS the parties anticipate that they will be ready to have a productive and meaningful mediation by June 11, 2008,

    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT the deadline for mediation be extended by 90 days from March 13, 2008, to June 11, 2008.

DATED: Feb. 20, 2008     PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
LAURA B. SCHER

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T
ADVERTISING AND PUBLISHING

DATED: _____, 2008     EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:_____
RAYMOND T. CHEUNG

Attorneys for Plaintiff

PAGE 3/3 * RCVD AT 2/20/2008 3:37:26 PM [Pacific Standard Time] * SVR:SFORF1/4 * DNIS:9999 * CSID:14156255657 * DURATION (mm-ss):02-56

1  WHEREAS the parties have been actively investigating and evaluating the case in
2  preparation for a productive and meaningful mediation,

3
4  WHEREAS the mediation deadline is currently scheduled for March 13, 2008,

5
6  WHEREAS the parties agree that it would be helpful and efficient to have
7  additional time to further investigate and evaluate the case in order to have a productive and
8  meaningful mediation, and

9
10  WHEREAS the parties anticipate that they will be ready to have a productive and
11  meaningful mediation by June 11, 2008,

12
13  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT the
14  deadline for mediation be extended by 90 days from March 13, 2008, to June 11, 2008.

15
16  DATED: _____, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

17
18                                  By: _____
                                         LAURA B. SCHER
19
                                    Attorneys for Defendant
20                                  PACIFIC BELL DIRECTORY d/b/a AT&T
                                    ADVERTISING AND PUBLISHING
21
22  DATED: Feb 20, 2008             EQUAL EMPLOYMENT OPPORTUNITY
                                    COMMISSION
23
24
                                    By: _____
25                                       RAYMOND T. CHEUNG
26                                  Attorneys for Plaintiff
27
28

Case No. C-07-4810 CRB            - 2 -            STIPULATION TO EXTEND TIME FOR
                                                   MEDIATION AND [PROPOSED] ORDER

## DECLARATION OF LAURA B. SCHER

I, Laura B. Scher, declare:

1. I am an attorney at law licensed to practice before the Courts of the State of California and before this Court. I am an associate with the law firm of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), attorneys for Defendant Pacific Bell Directory d/b/a AT&T Advertising and Publishing. If called as a witness, I would and could competently testify thereto to all facts within my personal knowledge except where stated upon information and belief.

2. The parties have been actively investigating and evaluating the case in preparation for a productive and meaningful mediation.

3. The mediation deadline is currently scheduled for March 13, 2008.

4. There is good cause to extend the time for the mediation deadline by 90 days from March 13, 2008, to June 11, 2008, because the parties agree that it would be helpful and efficient to have additional time to further investigate and evaluate the case in order to have a productive and meaningful mediation.

5. The parties anticipate that they will be ready to have a productive and meaningful mediation by June 11, 2008.

6. The only previous time modification in the case was a stipulation by the parties and Court order to extend the time to hold the FRCP 26 Conference and file the Joint ADR Certification.

7. The parties do not request that the modification of this Court's deadline to complete mediation alter the remaining schedule for the case.

1  I declare under penalty of perjury under the laws of the State of California and the
2  United States that the foregoing is true and correct.

4  Executed this 20 day of February, 2008, at San Francisco, California.

_____
LAURA B. SCHER

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 22, 2008

_____
HON. CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL_US_W # 58236336.1