KATHERINE C. HUIBONHOA (SB# 207648)  katherinehuibonhoa@paulhastings.com
LAURA B. SCHER (SB# 243754)  laurascher@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA  94105-3441
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

J. AL LATHAM, JR. (SB# 071605)  allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

WILLIAM R. TAMAYO (SB# 084965)
DAVID F. OFFEN-BROWN (SB# 063321)
RAYMOND T. CHEUNG (SB# 176086)  raymond.cheung@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105-1260
Telephone:  (415) 625-5649
Facsimile:  (415) 625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>       vs.<br><br>AT&T, Inc., dba SBC Yellow Pages,<br><br>                    Defendant. | CASE NO. C-07-4810 CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:  April 11, 2008<br>Time:  8:30 a.m.<br>Courtroom:  No. 8, 19th Floor |

The parties to the above-entitled action jointly submit this Case Management Statement regarding progress and changes since the last case management conference.

**I.     CONFIDENTIALITY STIPULATION**

On February 1, 2008, this Court granted the parties' stipulation to protect confidential information.

**II.    ALTERNATIVE DISPUTE RESOLUTION**

On February 22, 2008, this Court granted the parties' stipulation to extend the deadline for mediation by 90 days from March 13, 2008, to June 11, 2008.  The parties agreed that it would be helpful and efficient to have additional time to further investigate and evaluate the case in order to have a productive and meaningful mediation.

The parties are scheduled to mediate this case on May 15, 2008, with court-appointed mediator Alan R. Berkowitz.

**III.   SCHEDULING**

Because the parties are hopeful that they will be able to resolve this case through mediation, the parties respectfully request to wait on setting a case schedule until after their mediation.

Case No. C-07-4810 CRB — - 1 - — JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER

DATED: March 26, 2008            PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: /s/ Katherine C. Huibonhoa
KATHERINE C. HUIBONHOA
Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

DATED: March 25, 2008            EQUAL EMPLOYMENT OPPORTUNITY COMMISSION


By: /s/ Raymond T. Cheung
RAYMOND T. CHEUNG

Attorneys for Plaintiff


### [PROPOSED] CASE MANAGEMENT ORDER

The Joint Case Management Conference Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.


DATED: _____.


_____
CHARLES R. BREYER
Judge, United States District Court

LEGAL_US_W # 58491323.1