| | | |
|---|---|---|
| 1 | DATED: March __, 2008 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 2 | | |
| 3 | | By:_____ |
| 4 | | KATHERINE C. HUIBONHOA<br>Attorneys for Defendant |
| 5 | | PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING |
| 6 | DATED: March 25, 2008 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| 7 | | |
| 8 | | By:_____ |
| 9 | | RAYMOND T. CHEUNG<br>Attorneys for Plaintiff |

## [PROPOSED] CASE MANAGEMENT ORDER

The Joint Case Management Conference Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

DATED: _____.

_____
CHARLES R. BREYER
Judge, United States District Court

LEGAL_US_W # 58491323.1

---

Case No. C-07-4810 CRB    -2-    JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER