**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 11, 2008**

**C-07-04810** CRB

   **EEOC** v. **AT&T INC.**

Attorneys:    Raymond Cheung               Katherine Huibonhoa

Deputy Clerk: **BARBARA ESPINOZA**       Reporter: **Not Reported**

**PROCEEDINGS:**                                                 **RULING:**

1. Further Case Management Conference    - Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO May 30, 2008 @ 8:3;0 a.m. for Further Case Management Conference

Discovery Cut-Off ____                Expert Discovery Cut-Off ____

Plntf to Name Experts by ____          Deft to Name Experts by ____

P/T Conference Date ____    Trial Date ____    Set for ____ days
                  Type of Trial:  ( )Jury    ( )Court

Notes: ____