1  KATHERINE C. HUIBONHOA (SB# 207648)  katherinehuibonhoa@paulhastings.com
   LAURA B. SCHER (SB# 243754)  laurascher@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   J. AL LATHAM, JR. (SB# 071605)  allatham@paulhastings.com
6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
7  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
8  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
9
   Attorneys for Defendant
10 PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

11 WILLIAM R. TAMAYO (SB# 084965)
   DAVID F. OFFEN-BROWN (SB# 063321)
12 RAYMOND T. CHEUNG (SB# 176086)  raymond.cheung@eeoc.gov
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13 San Francisco District Office
   350 The Embarcadero, Suite 500
14 San Francisco, CA  94105-1260
   Telephone:  (415) 625-5649
15 Facsimile:  (415) 625-5657

16 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
17

18                       UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20                        SAN FRANCISCO DIVISION

21

22 EQUAL EMPLOYMENT                    CASE NO. C-07-4810 CRB
   OPPORTUNITY COMMISSION,
23                                     **JOINT CASE MANAGEMENT
                                       STATEMENT AND [PROPOSED] ORDER**
24              Plaintiff,

         vs.
25                                     Date:  May 30, 2008
                                       Time:  8:30 a.m.
26 AT&T, Inc., dba SBC Yellow Pages,   Courtroom:  No. 8, 19th Floor

27              Defendant.

28

---

Case No. C-07-4810 CRB                  JOINT CASE MANAGEMENT STATEMENT
                                        AND [PROPOSED] ORDER

1    The parties to the above-entitled action jointly submit this Case Management

2  Statement regarding progress and changes since the last case management conference.

3

4  **I.     ALTERNATIVE DISPUTE RESOLUTION**

5    On May 15, 2008, the parties mediated this case with court-appointed mediator

6  Alan R. Berkowitz and reached an agreement in principle to resolve the case.  The parties

7  memorialized their agreement in a Memorandum of Understanding that the parties signed at the

8  close of the mediation session.  The parties are in the process of working out the details of the

9  settlement and preparing a written consent decree and other related agreements.

10

11  **II.     SCHEDULING**

12    The parties are confident that they will finalize settlement paperwork in the near

13  future, and respectfully request that the current case management conference be continued 45

14  days to permit them time to complete this process and file appropriate pleadings with the Court.

15  (In the alternative, should the case management conference proceed as scheduled on May 30,

16  2008, the parties respectfully request to wait on setting a case schedule until a later date.)

17

18  DATED:  May 20, 2008          PAUL, HASTINGS, JANOFSKY & WALKER LLP

19

20  By:_____/S/_____
       KATHERINE C. HUIBONHOA
       Attorneys for Defendant
21     PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING
       AND PUBLISHING

22

23  DATED:  May 20, 2008          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

24

25  By:_____/S/_____
       RAYMOND T. CHEUNG

26     Attorneys for Plaintiff

27

28

Case No. C-07-4810 CRB            - 1 -        JOINT CASE MANAGEMENT STATEMENT
                                                AND [PROPOSED] ORDER

1

**[PROPOSED] CASE MANAGEMENT ORDER**

2

3

The Joint Case Management Conference Statement and Proposed Order is hereby

adopted by the Court as the Case Management Order for the case and the parties are ordered to

4

comply with this Order.

5

6

7

DATED: _____.

8

9

_____

CHARLES R. BREYER

Judge, United States District Court

10

LEGAL_US_W # 58983205.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28