**FILED**

MAY 21 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. C 07-04810 CRB MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| AT&T Inc., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) May 15, 2008

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated:  5-16-08                                   _/s/ Alan R. Berkowitz_

**Mediator, Alan R. Berkowitz**
Bingham, McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111

**Certification of ADR Session**
07-04810 CRB MED