KATHERINE C. HUIBONHOA (SB# 207648) katherinehuibonhoa@paulhastings.com
LAURA B. SCHER (SB# 243754) laurascher@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

J. AL LATHAM, JR. (SB# 071605) allatham@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

WILLIAM R. TAMAYO (SB# 084965)
DAVID F. OFFEN-BROWN (SB# 063321)
RAYMOND T. CHEUNG (SB# 176086) raymond.cheung@eeoc.gov
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone: (415) 625-5649
Facsimile: (415) 625-5657

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T, Inc., dba SBC Yellow Pages,<br><br>Defendant. | CASE NO. C-07-4810 CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date: May 30, 2008<br>Time: 8:30 a.m.<br>Courtroom: No. 8, 19th Floor |

1  The parties to the above-entitled action jointly submit this Case Management
2  Statement regarding progress and changes since the last case management conference.

## I. ALTERNATIVE DISPUTE RESOLUTION

On May 15, 2008, the parties mediated this case with court-appointed mediator Alan R. Berkowitz and reached an agreement in principle to resolve the case. The parties memorialized their agreement in a Memorandum of Understanding that the parties signed at the close of the mediation session. The parties are in the process of working out the details of the settlement and preparing a written consent decree and other related agreements.

## II. SCHEDULING

The parties are confident that they will finalize settlement paperwork in the near future, and respectfully request that the current case management conference be continued 45 days to permit them time to complete this process and file appropriate pleadings with the Court. (In the alternative, should the case management conference proceed as scheduled on May 30, 2008, the parties respectfully request to wait on setting a case schedule until a later date.)

DATED: May 20, 2008   PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /S/
KATHERINE C. HUIBONHOA
Attorneys for Defendant
PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

DATED: May 20, 2008   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /S/
RAYMOND T. CHEUNG

Attorneys for Plaintiff

# [PROPOSED] CASE MANAGEMENT ORDER

The Joint Case Management Conference Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order.

Case management conference set for Friday, July 25, 2008 at 8:30 a.m.

DATED:  __May 20, 2008_____.



_____
CHARLES R. BREYER
Judge, United States District Court

LEGAL_US_W # 58983205.1