IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>  v.<br><br>AT&T, INC., d/b/a SBC YELLOW PAGES,<br><br>           Defendant.<br>_____/ | No. C 07-04810 CRB<br><br>**Clerk's Notice** |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Friday, August 1, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before July 25, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 7, 2008                                          FOR THE COURT,

                                                                          Richard W. Wieking, Clerk

                                                                          By:_____
                                                                          Barbara Espinoza
                                                                          Courtroom Deputy