1  KATHERINE C. HUIBONHOA (SB# 207648)  katherinehuibonhoa@paulhastings.com
   LAURA B. SCHER (SB# 243754)  laurascher@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street
3  Twenty-Fourth Floor
   San Francisco, CA  94105-3441
4  Telephone:  (415) 856-7000
   Facsimile:  (415) 856-7100
5
   J. AL LATHAM, JR. (SB# 071605)  allatham@paulhastings.com
6  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
7  Twenty-Fifth Floor
   Los Angeles, CA  90071-2228
8  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
9
   Attorneys for Defendant
10 PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING AND PUBLISHING

11 WILLIAM R. TAMAYO (SB# 084965)
   DAVID F. OFFEN-BROWN (SB# 063321)
12 RAYMOND T. CHEUNG (SB# 176086)  raymond.cheung@eeoc.gov
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
13 San Francisco District Office
   350 The Embarcadero, Suite 500
14 San Francisco, CA  94105-1260
   Telephone:  (415) 625-5649
15 Facsimile:  (415) 625-5657

16 Attorneys for Plaintiff
   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
17

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                         SAN FRANCISCO DIVISION

21

22 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CASE NO. C-07-4810 CRB |
   |---|---|
   | Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER** |
   | vs. | |
   | AT&T, Inc., dba SBC Yellow Pages, | Date:  August 1, 2008<br>Time:  8:30 a.m.<br>Courtroom:  No. 8, 19th Floor |
   | Defendant. | |

The parties to the above-entitled action jointly submit this Case Management Statement regarding progress and changes since the last case management conference.

## I.   ALTERNATIVE DISPUTE RESOLUTION

On May 15, 2008, the parties mediated this case with court-appointed mediator Alan R. Berkowitz and reached an agreement in principle to resolve the case. The parties memorialized their agreement in a Memorandum of Understanding that the parties signed at the close of the mediation session. The parties remain in the process of working out the details of the settlement and preparing a written consent decree and other related agreements. The process has taken longer than anticipated for a variety of reasons, but the parties are working actively to finalize the documentation and hope to complete the process very soon.

## II.   SCHEDULING

The parties are confident that they will finalize settlement paperwork in the near future, and respectfully request that the current case management conference be continued 45 days to permit them time to complete this process and file appropriate pleadings with the Court. (In the alternative, should the case management conference proceed as scheduled on August 1, 2008, the parties respectfully request to wait on setting a case schedule until a later date.)

1  DATED: July 23, 2008        PAUL, HASTINGS, JANOFSKY & WALKER LLP

2

3                              By:              /S/
                                    KATHERINE C. HUIBONHOA
4                              Attorneys for Defendant
                               PACIFIC BELL DIRECTORY d/b/a AT&T ADVERTISING
5                              AND PUBLISHING

6  DATED: July 23, 2008        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

7

8                              By:              /S/
                                    RAYMOND T. CHEUNG
9
                               Attorneys for Plaintiff
10

11

12

13                     **[PROPOSED] CASE MANAGEMENT ORDER**

14       The Joint Case Management Conference Statement and Proposed Order is hereby

15  adopted by the Court as the Case Management Order for the case and the parties are ordered to

16  comply with this Order.

17

18
    DATED: _____.
19

20
                                           _____
21                                                 CHARLES R. BREYER
                                           Judge, United States District Court

22  LEGAL_US_W # 59492049.1

Case No. C-07-4810 CRB           -2-        JOINT CASE MANAGEMENT STATEMENT
                                            AND [PROPOSED] ORDER